# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| ISEA E. WARREN UCC1-207, | : | Bankruptcy No. 05-17738DWS |
| | : | |
| Debtor. | : | |

# ORDER

**AND NOW**, this 8th day of June 2005, a voluntary petition under Chapter 11 of the Bankruptcy Code having been filed on June 3, 2005 by Isea E. Warren UCC1-207[1] ("Warren");

**And** the petition containing on the signature line the printed name "ISEA F. WARREN;"[2]

**And** the petition not being verified by Warren or containing an unsworn declaration as provided in 28 U.S. § 1746, in violation of Fed.R.Bankr.P. 1008;[3]

---

[1] The UCC1-207 designation appears after every entry of Warren's name. The significance of this marking is not explained but neither is it novel as it has appeared over the years on documents filed by tax protesters who have not sought bankruptcy protection for legitimate reasons. The failure to sign documents which if done would invoke the perjury laws is another hallmark of the UCC1-207 filers.

[2] The printed name appears to be in the same hand as all other information in the filed documents, including the printed name of Mark Wesley-Fordham.

[3] The petition has an address of 1341 S. 52nd Street, Philadelphia. Public records indicate that Warren's address is 134**2** S. 5**1**st Street, Philadelphia and that she is 83 years old, and that a different party lives at the address indicated on the petition. The petition designates a mailing address of 1634 Yewall Street, Philadelphia. A copy of this Order will be sent to all these addresses.

**And** the petition indicating that Mark-Wesley:Fordham ("Fordham") is Warren's authorized representative;[4]

**And** an individual debtor cannot be represented by a lay person, authorized or not;[5]

**And** accompanying the petition is an application to pay the filing fees in installments (Filing Fee Application"), also not signed by Warren;[6]

It is hereby **ORDERED** that:

1. The Filing Fee Application, being unsigned, is **DENIED**. All fees are due by **June 17, 2005** unless an amended application is resubmitted evidencing Warren's signature at which time the Application may be reconsidered.

2. Warren shall appear on **JUNE 27, 2005 AT 9:30 A.M.** in the Robert N.C. Nix, Sr. Federal Courthouse, 2nd floor, 900 Market Street, Courtroom #3, Philadelphia, PA to show cause why this bankruptcy case should not be dismissed as having been improperly commenced and whether such dismissal should be with prejudice.[7] If Warren fails to appear,

---

[4] Attached to the petition is Form 2, Declaration Under Penalty on Behalf of Partnership or Corporation also conspicuously unsigned and reflecting Fordham's name printed as authorized representative.

[5] The exception contained in Rule 1004.1 would appear to be inapplicable in this Chapter 11 case in which the "authorized representative" purports to represent a business debtor with assets in Washington, D.C.

[6] No monies were paid with the petition; the first of four monthly installments is proposed to be paid on July 3, 2005. None of the documents required by Fed.R.Bankr.P. 1007 due June 20, 2005 have been filed as of this date.

[7] Warren may appear pro se or with an attorney who is a member of the bar of this Court. She may not be represented by Fordham or any other person unless he or she is an attorney.

In re Bankruptcy No. 05-17738DWS

this case will be dismissed with a bar against filing any subsequent bankruptcy case without leave of this Court.

3. Pending the scheduled hearing, Warren shall file the documents required by Rule 1007 which are due on **June 20, 2005.**[8]

                        DIANE WEISS SIGMUND
                        Chief U.S. Bankruptcy Judge

cc:  Walter Stoertz, Acting Clerk

<u>Copies to</u>:

Isea E. Warren
1634 S. Yewdall Street
Philadelphia, PA  19143

Isea E. Warren
1341 S. 52nd Street
Philadelphia, PA 19143-4345

[address as listed in public records]
Isea E. Warren
1342 S. 51st Street
Philadelphia, PA  19143

Dave P. Adams, Esquire
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

---

[8] Under the circumstances of this case, no filing extensions shall be granted.